**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 15 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KENNETH DALE KLYM,

               Petitioner - Appellant,

    v.

ELDON VAIL, et al;

               Respondent - Appellee.

No. 10-35374

D.C. No. 2:09-cv-05041-JLQ

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of Washington
Justin L. Quackenbush, Senior District Judge, Presiding

Argued and Submitted June 9, 2011
Seattle, Washington

Before: REINHARDT, W. FLETCHER, and RAWLINSON, Circuit Judges.

    Washington inmate Kenneth Klym appeals the district court's denial of his

28 U.S.C.§ 2254 habeas corpus petition challenging his conviction and sentence

for stalking and first-degree assault. The state appeals court's affirmance of the

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

trial court's denial of his *pro se* motion for access to a law library did not

unreasonably deny his clearly established federal rights, as determined by the

Supreme Court, to self-representation, *see Kane v. Garcia Espitia*, 546 U.S. 9, 10

(2005), or to meaningful access to the courts, *see Lewis v. Casey*, 518 U.S. 343,

351 (1996).  Accordingly, the district court did not err in denying habeas relief.


**AFFIRMED.**